```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America,

                                    Plaintiff(s),

             -against-

Christopher Louis

                               Defendant(s).
-----------------------------------------------------------------X

7:23-mj-6807

**ORDER**

**FILED UNDER SEAL**

**VICTORIA REZNIK, United States Magistrate Judge:**

It is hereby ordered that;

Christopher Louis shall attend a 28-day inpatient rehabilitation program at Arms Acres Addiction Treatment Center commencing on Monday, February 19, 2024.

    **SO ORDERED.**

DATED:    White Plains, New York
                February 13, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

1