```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :    ORDER

        - v -                       :    23 MJ 6807 (UA)

Christopher Louis ,                 :

                Defendant.          :

------------------------------------x
```

With the consent of Pretrial Services and the parties, it is hereby

**ORDERED** that Mr. Christoper Louis shall attend inpatient rehabilitation services for substance abuse at Cornerstone Treatment Facilities Network ("Cornerstone") for 28 days commencing on September 11, 2024; it is also hereby

**ORDERED** that Cornerstone shall advise Pretrial Service Officer Meherun Mayer when Mr. Louis is admitted to the facility, and the date of his completion of the 28-day rehabilitation.

Dated:  White Plains, New York
        September 6, 2024

*[signature]*

**HON. ANDREW E. KRAUSE**
**United States Magistrate Judge**